UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Isadore Stewart,

        Petitioner,

vs.                          ORDER ADOPTING THE
                                  REPORT AND RECOMMENDATION

Ms. M. Cruz, Warden,

        Respondent.         Civ. No. 08-4380 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Petitioner's Petition for a Writ of Habeas Corpus [Docket No. 1] is summarily denied.

2. That this action is dismissed with prejudice.

                                            s/Ann D. Montgomery

                                            Ann D. Montgomery, Judge
                                            United States District Court

DATED: August 20, 2008
At Minneapolis, Minnesota